# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MATTHEW TRUMP

Case No.: 2:26-cv-1243

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

Defendant.

## COMPLAINT

NOW COMES the Plaintiff, Matthew Trump, by his attorneys, Wallace Law, Inc., and alleges as follows:

## THE PARTIES

1. Plaintiff Matthew Trump (hereinafter "Plaintiff") is an adult resident of the State of Wisconsin currently residing at 408 Crestwood Drive, Apt. B, Elkhart Lake, WI 53020.

2. Defendant UNUM Life Insurance Company of America. (hereinafter "Defendant") is a corporation licensed to do business in the State of Wisconsin with a business address of 2211 Congress Street, Portland, ME 04122, and a registered agent listed as Corporation Service Company, 33 E Main Street, Suite 610, Madison, WI 53703.

## JURISDICTION & VENUE

3. The jurisdiction of this Court is invoked under 28 U.S.C. § 1331, conferring jurisdiction upon this Court over all civil actions arising out of the laws of

1

the United States. This controversy arises under 29 U.S.C. § 1001 *et seq.* ("ERISA").

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action occurred in Sheboygan County, Wisconsin.

GENERAL ALLEGATIONS

5. At all relevant times, Plaintiff was a participant and beneficiary of an employee long-term disability plan sponsored by Sargento Foods Inc. (hereinafter "the Plan"), pursuant to the terms, conditions, and applicable law governing the Plan.

6. At all relevant times, Defendant acted as the claims fiduciary for the Plan and administered claims for benefits under the Plan, including determining whether participants were eligible to receive disability benefits.

7. In early 2023, Plaintiff was diagnosed with postural orthostatic tachycardia syndrome, causing symptoms and functional limitations that interfered with his ability to work.

8. Plaintiff was initially approved for short-term and long-term disability benefits through his employer's former disability carrier and later attempted to return to work.

9. After his symptoms again prevented him from working, Plaintiff submitted a claim for disability benefits to Defendant under the Plan.

10. Defendant approved Plaintiff's claim for short-term disability benefits but denied his claim for long-term disability benefits despite medical documentation from Plaintiff's treating providers supporting his inability to perform his occupational duties.

2

11.     Plaintiff has exhausted the Plan's mandatory administrative remedies and has been left with no choice but to pursue this litigation to recover the long-term disability benefits due to him under the Plan.

## FIRST CAUSE OF ACTION – WRONGFUL DENIAL OF BENEFITS

12.     Plaintiff incorporates herein, as if fully set forth, the above paragraphs.

13.     The Plan is an employee benefit plan governed by ERISA. See 29 U.S.C. § 1002(3).

14.     The Plan provides long-term disability benefits to eligible participants, subject to its terms and conditions.

15.     By virtue of the terms of the Plan, Defendant was responsible for administering claims and determining eligibility for long-term disability benefits.

16.     Pursuant to 29 U.S.C. § 1132(a)(1)(B), a civil action may be brought to recover benefits due and owing under the terms of an ERISA plan.

17.     Defendant's denial of Plaintiff's claim for long-term disability benefits is arbitrary and capricious based upon the language of the Plan and the evidence submitted in support of Plaintiff's claim.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

A.     For compensatory damages, including prejudgment interest, arising out of Defendant's wrongful denial of benefits;
B.     For litigation and investigation costs, including attorney fees; and
C.     For all other relief this Court deems just and proper, including the costs and disbursements of this proceeding.

## PLAINTIFF DEMANDS A TRIAL BY A JURY OF 12 PERSONS

3

Dated this 15th day of July, 2026.

By:  */s/ Electronically signed by Justin F. Wallace*
Justin F. Wallace
State Bar No.: 1069331
Attorneys for Plaintiff Matthew Trump
WALLACE LAW, INC.
1414 N. Taylor Drive, Suite 200
Sheboygan, WI 53081
Telephone: (920) 276-8320
Justin@WallaceInsuranceLaw.com

4